

# NUMBER 13-21-00363-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M.A.D., Z.T.D., AND L.C.D., MINOR CHILDREN

### On appeal from the 94th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's motion to voluntarily dismiss the appeal. Appellant is satisfied with the trial court's judgment and believes there are no grounds to appeal.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs

against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA<br>
Justice

Delivered and filed on the
10th day of February, 2022.